UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL BASOLA SOBAYO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALLY BANK, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-08470-SI   (SI)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO NOTICE FILED BY PLAINTIFF**<br><br>**Dkt. 24** |

　The Plaintiff in this action file a Notice of Voluntary Dismissal without prejudice on April 23, 2021 (Dkt. 24).

　IT IS HEREBY ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. The Motion Hearing set for May 28, 2021 is vacated. The Further Case Management Conference set for May7, 2021 is vacated.

　**IT IS SO ORDERED**.

Dated: May 5, 2021

_____
SUSAN ILLSTON
United States District Judge